# Court of Appeals
# of the State of Georgia

ATLANTA, February 18, 2014

*The Court of Appeals hereby passes the following order:*

**A14A0770.  JACOB STEPHENS v. FLINT, CONNOLLY & WALKER, LLP.**

Flint, Connolly & Walker, LLP won a judgment against Jacob Stephens in magistrate court. After the magistrate court denied Stephens's motion to set aside the judgment, he appealed to the state court. The state court dismissed the case, and Stephens then filed this direct appeal from the state court's decision. We, however, lack jurisdiction.

Because the state court's order disposed of a de novo appeal from a magistrate court decision, Stephens was required to follow the discretionary appeal procedures to obtain review before this Court. See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mortgage Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995). His failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/18/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ , *Clerk.*